ORIGINAL

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BRENSON ABBOTT, FLORENCE ABBOTT, §
ADAM AB ASSETS LLC, LINDA AHN, §
SAM AHN, ERIN AMMERMAN, RENDA §
AYCOCK,NEIL BADLANI, §
VAIDHYANATHAN BALASUBRAMANIAN, §
SCOTT BIEHZ, LAWRENCE BIESTEK, §
SALLY BIESTEK, WILLIAM BLACKMON, §
CYNTHIA BOASE, JACOBUS H. BOTHA, §
A. BOTHA, BOWERS DESIGN GROUP §
PLLC, MARIA NESS BRADSHAW, §
ANTHONY J. BRAJENOVICH, WILLIAM §
BRENAN, RAYMOND BRINDLEY, §
JIMMY D. BROUSSARD, PAUL L. §
BROUSSARD, JULIA A. BROWN, §
CONCEPCION BRYAN, SINSA BUDMIR, §
DAVID BUZA, MICHAEL CAGLE, JOE D. §
CARRABBA, GEOFFREY A.CASTRO, §
ALISSA CASTRO, SUSAN G.CERVENKA, §
HAN K CHOI, CHRISTOPHER DEWITT §
SIM O/B/O GEORGE EDGAR SIMS, AMBER §
CHU,ARLENE COFFMAN, CONVERGENCE §
ADVISORS INTERNATIONAL INC., §
ALBERT BARUD,VERONICA §
CORELLA-BARUD, MICHAEL G. COWLEY, §
KRISTOPHER CULPEPPER,TAMMY §
CULPEPPER, MARVIN CULPEPPER , §
CHARLENE CULPEPPER,ROBERT M. §
CUMMINGS, RAJDEEP DASGUPTA , §
SUSHMITA DASGUPTA,ROSS DAVIDSON, §
HELENA DEFERRO, EDWARD DOFTER, §
SILJEGOVIC DRAGAN, HANNAH DREW, §
ROBERT DREW, DOUGLAS DRIES, §
RICHARD DUNN, ROBERT K. DUSSAIR, §
JOHN ECKERMAN, ANDREA ECKERMAN, §
CHRISTY R. ETHEREDGE, JOANNE M. §
EVANS, EXPRO AUTO SALES & RENTAL §
LLC, SONYA FELKER, JOSEPH FICKLIN, §
BLEE FICKLIN, PAULA FIESER, CHARLES §
FIESER, JOHN FILLA, TONYA FILLA, §
ROBERT FINKELSTEIN, DAVID §
FINKLEAAND, HARRY FLEMING, DEANE §
FRASER, MICHELLE L. FRENCH, §
RICHARD FRIEDMAN, NICHOLAS FRYER, §
CHRISTINE FRYER, KARIM GARABAGHI, §

FILED

OCT 1 3 2017

U.S. COURT OF
FEDERAL CLAIMS

17-1512 L

CAUSE NO. _____

HECTOR GARCIA, LORANI GARCIA, §
SCOTT W. GEROW, GITI GHAFFARI, §
GARRICK GLASCOCK, PAMELA §
GLATMAN , RAFAIL GLATMAN, LESLIE §
GOLDEN, CYNTHIA GORHAM, MARY §
KATHLEEN GRANT, ALYSON GRIFFIN, §
GARRY GUILLOUD , NANCY GUILLOUD, §
KYLE F. HAINES, SEYED KAMAL, §
NASRIN HAKIM, BRIAN HALEY, §
MELISSA HALEY, FRANK HAMTAK, §
CINDY HAMTAK, EUGENE HALACHER, §
DONALD HARTGROVE , SAUNDRA §
HARTGROVE, MARK HARTMAN, §
PHYLLIS HARTMAN, ANN E. HARVEY, §
PETER DAVID HEALEY, TODD M. §
HENDRICK, JOSE HERNANDEZ, §
ALAN HEWIT, JOE H. HICMAND , NANCY §
A. HICKMAN, CRISTINA HIMES , MONICA §
HIMES, TRAN HOANG , LIN FRANK, §
EUGENE HOLDA, GRETCHEN P. §
HOLTSINGER, LAURENT HOUY, §
MAURINE HOWARD, SHUO HUANG, §
MARY ANN HUGHES, JEFFERY HUNTER , §
DIANA HUNTER, BRIAN IVERSEN, JAMES §
JACKSON, SHAFIQ JADALLAH, KENNETH §
KAINER, OSCAR KARASH , RENA §
KARASH, STEPHEN G. KASTENSMIDT , §
MICHELLE BOWERS, HOLLY KENDALL, §
BRETT KENNEDY, SONIA YI, §
MOHAMMAD KHANSA, JAMES M. §
KILLOUGH , GABRIELLE KILLOUGH, §
GENE KIM, BARBARA JOAN KING, §
DAVY KONG, SOONHYEOK KOOK, §
JAN KRAMER, JANICE S. KRUSE, §
MARCIA MINK , ANDRE LANDON, JOHN §
LATROBE, JEFF LAWLEY, SUE LAWLEY, §
DON LE, CINDY LE, JONATHAN §
JOOHGUN LEE, JEONGKWAN LEE, §
A. ROSS LEFEVRE, EVAN B. LEUNG, §
REW LEVINE , CORINNA LEVINEJIAMEI §
LI, WEI LI, FRANK LIN , HOANG LIN, §
GENARO LOPEZ, PAULA LOWE, §
LAWRENCE MADIGAN, ELAINA §
MARCHANI, LORENZO MARQUEZ, §
SELMA J. MATHIS, BRIAN MCCULLEY, §
JAMES MCLEAN, JEANNE MCLEAN, §

MICHAEL MCMANUS, PAT MCSPADDEN,    §
MICHELLE MECHLING, MELANIE    §
MECHURA, ROGER MECHURA, KATIE    §
MEHNERT , MARK MEHNERT,    §
MEMORIAL GROUP LLC, MICHAEL    §
MERAJI, ANITA MILLER, CHERYL    §
MILLER, ANNE MONTY, ANJANELLE    §
MOORE, NADER MOUSSA, PATRICIA    §
MOUSSA, BRIDGETT NABORS, MARK    §
NARRO, CHRIS NEVLING, JESSICA    §
NEVLING, DOROTHY NG, STEVE    §
NGUYEN , CHI NGUYEN, ROSS    §
NICHOLSON, MARGRET NORTON,    §
BLANCA ORTEGA, KAREN    §
PALFREYMAN, THIERRY PAREJA,    §
CHRISTOPHER SCOTT PARKER, JOHN D.    §
PATTON, SUM PHAM, PHUONG PHAM,    §
JOHN F. PHILLIPS , CELESTE PHILLIPS,    §
GEORGE K. PONNATTU, THOMAS POPE,    §
RAHUL PRAKASH, LI QIANG, JULIE A.    §
RAUSCH, THOMAS RICHARDSON, IAN    §
ROBERTS , CRISTINA ROBERTS,    §
KENNETH ROBERTSON, JOSE A.    §
RODRIGUEZ, RYAN RUSH, ROBERT RYAN,§
DANIEL SACK, SHIRLEY SANDERS,    §
STEVE SCHARES, JANET C. SCHMIDT,    §
ROBERT SCHMITT, NANCY SCHMITT,    §
MARIAN SCHREIBER, COLLEEN SCOTT,    §
BAL SHARMA, KAMNA SHARMA,    §
MOHAMMAD ALI SHENAVARI, YU SHI,    §
YAN JUN SHIU, SIBERIA HOUSTON LNA    §
LLC, ANN SINCLAIR, ELIZABETH M.    §
SKIRVING, JAMES SKRAPKA, ANDREA    §
SKRAPKA, KATHLEEN STEVENS,    §
CHUNGWON SUK, YING SUN, KENG TAI,    §
KELLI MCDONALD SYDOW,    §
JOHN SZALLAI , VERONICA SZALLAI,    §
DANIEL BENDER TALLANT, DAVID TANG,§
KATHRYN TANG, DOUGLAS TASKER,    §
DIANE TATE, ABULFAZI TEHRANI,    §
JEAN-MARC PIETRZYK, FREDERIQUE    §
TERK, AMADOU THIAM, DENNIS    §
THOMPSON, GUANGYI TIAN, THOMAS    §
WILLIAM TOMMANEY, TUAN TRAN,    §
XIAOZHEN TU, SUSAN VAN-AVERBEKE,    §
PETER M. VILES, JACK WALKER,    §

FENG WAN, JIE WANG, KATHERINE §
WENNER, SUSIE WHITE, PETER C. WHITE, §
LIJUAN WU, HAN XIONG, NI YAN, §
SAMUEL YANKLELOVE, DALE §
GUNWOO YOOK, MARILYN YOUNG, §
CHUNG YU AND JAMES ZAPATA §
     *Plaintiffs,* §
 §
v. §
 §
THE UNITED STATES §
 §
     *Defendant.* §

## PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiffs Brenson Abbott, Florence Abbott, Adam AB Assets LLC, Linda Ahn, Sam

Ahn, Erin Ammerman, Renda Aycock, Neil Badlani, Vaidhyanathan Balasubramanian, Scott

Biehz, Lawrence Biestek, Sally Biestek, William Blackmon, Cynthia Boase, Jacobus H. Botha,

A. Botha, Bowers Design Group LLC, Maria Ness Bradshaw, Anthony J. Brajenovich, William

Brenan, Raymond Brindley, Jimmy D. Broussard, Paul L. Broussard, Julia A. Brown,

Concepcion Bryan, Sinsa Budmir, David Buza, Michael Cagle, Joe D. Carrabba, Geoffrey A.

Castro, Alissa Castro, Susan G. Cervenka, Han K Choi, Christopher Dewitt Sim o/b/o George

Edgar Sim, Amber Chu, Arlene Coffman, Convergence Advisors International Inc., Albert

Barud, Veronica Corella-Barud, Michael G. Cowley, Kristopher Culpepper, Tammy Culpepper,

Marvin Culpepper, Charlene Culpepper, Robert M. Cummings, Rajdeep Dasgupta, Sushmita

Dasgupta, Ross Davidson, Helena DeFerro, Edward Dofter, Siljegovic Dragan, Hannah Drew,

Robert Drew, Douglas Dries, Richard Dunn, Robert Kent Dussair, John Eckerman, Andrea

Eckerman, Christy R. Etheredge, Joanne M. Evans, Expro Auto Sales & Rental LLC, Sonya

Felker, Joseph Ficklin, Blee Ficklin, Paula Fieser, Charles Fieser, John Filla, Tonya Filla,

Robert Finkelstein, David Finkleaand, Harry Fleming, Deane Fraser, Michelle L. French,

Richard Friedman, Nicholas Fryer, Christine Fryer, Karim Garabaghi, Hector Garcia , Lorani Garcia, Scott W. Gerow, Giti Ghaffari, Garrick Glascock, Pamela Glatman, Rafail Glatman, Leslie Golden, Cynthia Gorham, Mary Kathleen Grant, Alyson Griffin, Garry Guilloud, Nancy Guilloud, Kyle F. Haines, Seyed Kamal, Nasrin Hakim, Brian Haley, Melissa Haley, Frank Hamtak, Cindy Hamtak, Eugene Harlacher, Donald Hartgrove, Saundra Hartgrove, Mark Hartman, Phyllis Hartman, Ann E. Harvey, Peter David Healey, Todd M. Hendrick, Jose Hernandez, Alan Hewit, Joe H. Hicmand, Nancy A. Hickman, Cristina Himes, Monica Himes, Tran Hoang, Lin Frank, Eugene Holda, Gretchen P. Holtsinger, Laurent Houy, Maurine Howard, Shuo Huang, Mary Ann Hughes, Jeffery Hunter, Diana Hunter, Brian Iversen, James Jackson, Shafiq Jadallah, Kenneth Kainer, Oscar Karash, Rena Karash, Stephen G. Kastensmidt, Michelle Bowers, Holly Kendall, Brett Kennedy, Sonia Yi, Mohammad Khansa, James M. Killough , Gabrielle Killough, Gene Kim, Barbara Joan King, Davy Kong, Soonhyeok Kook, Jan Kramer, Janice S. Kruse, Marcia Mink, Andre Landon, John Latrobe, Jeff Lawley, Sue Lawley, Don Le, Cindy Le, Jonathan Joohgun Lee, Jeongkwan Lee, A. Ross LeFevre, Evan B. Leung, Andrew Levine, Corinna Levine, Jiamei Li, Wei Li, Frank Lin, Hoang Lin, Genaro Lopez, Paula Lowe, Lawrence Madigan, Elaina Marchani, Lorenzo Marquez, Selma J. Mathis, Brian McCulley, James Mclean, Jeanne Mclean, Michael Mcmanus, Pat McSpadden, Michelle Mechling, Melanie Mechura, Roger Mechura, Katie Mehnert, Mark Mehnert, Memorial Group LLC, Michael Meraji, Anita Miller, Cheryl Miller, Anne Monty, Anjanelle Moore, Nader Moussa, Patricia Moussa, Bridgett Nabors, Mark Narro, Chris Nevling, Jessica Nevling, Dorothy Ng, Steve Nguyen, Chi Nguyen, Ross Nicholson, Margret Norton, Blanca Ortega, Karen Palfreyman, Thierry Pareja, Christopher Scott Parker, John D. Patton, Sum Pham, Phuong Pham, John F. Phillips, Celeste Phillips, George K. Ponnattu, Thomas Pope, Rahul

Prakash, Li Qiang, Julie A. Rausch, Thomas Richardson, Ian Roberts, Cristina Roberts, Kenneth Robertson, Jose A. Rodriguez, Ryan Rush, Robert Ryan, Daniel Sack, Shirley Sanders, Steve Schares, Janet C. Schmidt, Robert Schmitt, Nancy Schmitt, Marian Schreiber, Colleen Scott, Bal Sharma, Kamna Sharma, Mohammad Ali Shenavari, Yu Shi, Yan Jun Shiu, Siberia Houston LNA LLC, Ann Sinclair, Elizabeth M. Skirving, James Skrapka, Andrea Skrapka, Kathleen Stevens, Chungwon Suk, Ying Sun, Keng Tai, Kelli Mcdonald Sydow, John Szallai, Veronica Szallai, Daniel Bender Tallant, David Tang , Kathryn Tang, Douglas Tasker, Diane Tate, Abulfazi Tehrani, Jean-Marc Pietrzyk, Frederique Terk, Amadou Thiam, Dennis Thompson, Guangyi Tian, Thomas William Tommaney, Tuan Tran, Xiaozhen Tu, Susan Van-Averbeke, Peter M. Viles, Jack Walker, Feng Wan, Jie Wang, Katherine Wenner, Susie White, Peter C. White, Lijuan Wu, Han Xiong, Ni Yan, Samuel Yanklelove, Dale Yankelove, Gunwoo Yook, Marilyn Young, Chung Yu and James Zapata file this Original Complaint against Defendant The United States, to seek just compensation under the Fifth Amendment to the United States Constitution for taking of their private property for public use when the U.S. Army Corps of Engineers flooded their homes by releasing water from the Addicks and Barker Reservoirs in Houston, Texas. In support, Plaintiffs would respectfully show the following:

## I.    PARTIES

Plaintiffs are citizens of the United States who own private property, both real and personal, in Harris County, Texas.

Plaintiffs Brenson Abbott and Florence Abbott are individuals and residents of Harris County, Texas, who own real and personal property located at 743 Langwood Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the

structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Adam AB Assets LLC is a limited liability company, formed in Texas and with its principal place of business in Harris County, Texas. Plaintiff has suffered damages to its real property, including decreased market value of their real property, and damage to personal property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Linda Ahn and Sam Ahn are individuals and residents of Harris County, Texas, who own real and personal property located at 12714 Huntingwick Drive, Houston, TX 77024 and 12633 Memorial #202, Houston, TX 770024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Erin Ammerman is an individual and resident of Harris County, Texas, who owns real and personal property located at 752 Memorial Mews St Unit C, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Renda Aycock is an individual and resident of Harris County, Texas, who owns real and personal property located at 12617 Huntingwick, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property;

and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Neil Badlani is an individual and resident of Harris County, Texas, who owns real and personal property located at 407 Faust Ln., Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Vaidhyanathan Balasubramanian is an individual and resident of Harris County, Texas, who owns real and personal property located at 1003 Cranberry Hill Dr, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Scott Biehz is an individual and resident of Harris County, Texas, who owns real and personal property located at 14502 Oak Bend Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Lawrence Biestekand Sally Biestek are individuals and residents of Harris County, Texas, who own real and personal property located at 410 River Forest Ct, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal

vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff William Blackmon is an individual and resident of Harris County, Texas, who owns real and personal property located at 777 S. Mayde Street, Apt 118, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Cynthia Boase is an individual and resident of Harris County, Texas, who owns real and personal property located at 12656 Rip Van Winkle, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Jacobus H. Botha and A. Botha are individuals and residents of Harris County, Texas, who own real and personal property located at 14906 Bramblewood Drive, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Bowers Design Group PLLC. is a limited liability company, formed in Texas and with its principal place of business in Harris County, Texas. Plaintiff has suffered damages to its real property, including decreased market value of their real property, and damage to

personal property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Maria Ness Bradshaw is an individual and resident of Harris County, Texas, who owns real and personal property located at 819 Crossroads Dr, Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Anthony J. Brajenovich is an individual and resident of Harris County, Texas, who owns real and personal property located at 14938 Bramblewood Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff William Brenan is an individual and resident of Harris County, Texas, who owns real and personal property located at 15455 Memorial Dr. suite 200, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Raymond Brindley is an individual and resident of Harris County, Texas, who owns real and personal property located at 12853 Kingsbridge Ln., Houston, TX 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal

effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Jimmy D. Broussard is an individual and resident of Harris County, Texas, who owns real and personal property located at 423 Bendwood Dr., Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Paul L. Broussard is an individual and resident of Harris County, Texas, who owns real and personal property located at 15706 Walkwood, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Julia A. Brown is an individual and resident of Harris County, Texas, who owns real and personal property located at 410 Bendwood Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Concepcion Bryan is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Dr. 410, Houston, TX 77024. Plaintiff

has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Sinsa Budmir is an individual and resident of Harris County, Texas, who owns real and personal property located at 12615 Huntingwick Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff David Buza is an individual and resident of Harris County, Texas, who owns real and personal property located at 807 Elk Run Circle, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Michael Cagle is an individual and resident of Harris County, Texas, who owns real and personal property located at 12915 Figaro Dr., Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Joe D. Carrabba is an individual and resident of Harris County, Texas, who owns real and personal property located at 600 Wilcrest #56, Houston, TX 77042. Plaintiff has

suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Geoffrey A. Castro and Alissa Castro are individuals and residents of Harris County, Texas, who own real and personal property located at 711 Thistlewood Drive, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Susan G. Cervenka is an individual and resident of Harris County, Texas, who owns real and personal property located at 4746 Post Oak Timber No. 30, Houston, TX 77056. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Han K. Choi is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Dr. Apt. 403, Houston, TX 77024-4494. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Amber Chu is an individual and resident of Harris County, Texas, who owns real and personal property located at 14102 BriarHills Pkwy., Houston, TX 77077. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Arlene Coffman is an individual and resident of Harris County, Texas, who owns real and personal property located at 12608 Huntingwick, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Convergence Advisors International LLC. is a limited liability company, formed in Texas and with its principal place of business in Harris County, Texas. Plaintiff has suffered damages to its real property, including decreased market value of their real property, and damage to personal property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Albert Barud and Veronica Corella-Barud are individuals and residents of Harris County, Texas, who own real and personal property located at 1034 Ivy Wall Dr, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Michael G. Cowley is an individual and resident of Harris County, Texas, who own real and personal property located at 202 Mignon Ln, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Marvin Culpepper and Charlene Culpepper are individuals and residents of Harris County, Texas, who own real and personal property located at 706 Thistlewood Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Kristopher Culpepper and Tammy Culpepper are individuals and residents of Harris County, Texas, who own real and personal property located at 703 Thistlewood, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Robert M. Cummings is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Dr. #209, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the

property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Rajdeep Dasgupta and Sushmita Dasgupta are individuals and residents of Harris County, Texas, who own real and personal property located at 655 Langwood Drive, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Ross Davidson is an individual and resident of Harris County, Texas, who owns real and personal property located at 411 Mignon Ln, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Helena DeFerro is an individual and resident of Harris County, Texas, who owns real and personal property located at 604 N Eldrige Pkwy, Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Hannah Drew and Robert Drew are individuals and residents of Harris County, Texas, who own real and personal property located at 12707 Boheme Drive #408, Houston, TX 77024. Plaintiffs have suffered damages to personal property, including personal vehicles and

personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Edward Dofter is an individual and resident of Harris County, Texas, who owns real and personal property located at 15119 Camelback Ct., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Siljegovic Dragan is an individual and resident of Harris County, Texas, who owns real and personal property located at 404 Bendwood Dr., Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Douglas Dries is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme #706, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Richard Dunn is an individual and resident of Harris County, Texas, who owns real and personal property located at 748 Memorial Mews Unit D, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and

damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Robert Kent Dussair is an individual and resident of Harris County, Texas, who owns real and personal property located at 706 Bison Street, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs John Eckerman and Andrea Eckerman are individuals and residents of Harris County, Texas, who own real and personal property located at 777 S. Mayde Street, Houston, TX 77006. Plaintiffs have suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Christy R. Etheredge is an individual and resident of Harris County, Texas, who owns real and personal property located at 12648 Huntingwick Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Joanne M. Evans is an individual and resident of Harris County, Texas, who owns real and personal property located at 710 Thistlewood Drive, Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property;

and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Expro Auto Sales & Rental LLC. is a limited liability company, formed in Texas and with its principal place of business in Harris County, Texas. Plaintiff has suffered damages to its real property, including decreased market value of their real property, and damage to personal property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Sonya Felker is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Dr Apt. 1210, Houston TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Joseph Ficklin and Blee Ficklin are individuals and residents of Harris County, Texas, who own real and personal property located at 12542 Westerley Ln., Houston, TX 77077. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Paula Fieser and Charles Fieser are individuals and residents of Harris County, Texas, who own real and personal property located at 12625 Briar Patch Rd, Houston, TX 77077. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the

structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs John Filla and Tonya Filla are individuals and residents of Harris County, Texas, who own real and personal property located at 14822 Bramblewood Drive, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Robert Finkelstein is an individual and resident of Harris County, Texas, who owns real and personal property located at 406 River Forest Ct., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff David Finkleaand is an individual and resident of Harris County, Texas, who owns real and personal property located at 410 Faust Lane, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Harry Fleming is an individual and resident of Harris County, Texas, who owns real and personal property located at 507 Ramblewood, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal

effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Deane Fraser is an individual and resident of Harris County, Texas, who owns real and personal property located at 10910 Tupper Lake Dr., Houston, TX 77042. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Michelle L. French is an individual and resident of Harris County, Texas, who owns real and personal property located at 748 Memorial Mews Apt. C, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Richard Friedman is an individual and resident of Harris County, Texas, who owns real and personal property located at 1011 Fleetwood Place Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Nicholas Fryer and Christine Fryer are individuals and residents of Harris County, Texas, who own real and personal property located at 711 Bison Drive, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal

vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Karim Garabaghi is an individual and resident of Harris County, Texas, who owns real and personal property located at 12672 Briar Patch Road, Houston, TX 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Hector Garcia and Lorani Garcia are individuals and residents of Harris County, Texas, who own real and personal property located at 12707 Boheme #1703, Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Scott W. Gerow is an individual and resident of Harris County, Texas, who owns real and personal property located at 1006 Fleetwood Place Drive, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Giti Ghaffari is an individual and resident of Harris County, Texas, who owns real and personal property located at 11925 Memorial Dr., Houston, TX 77024. Plaintiff has

suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Garrick Glascock is an individual and resident of Harris County, Texas, who owns real and personal property located at 12610 Boheme Drive, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Pamela Glatman and Rafail Glatman are individuals and residents of Harris County, Texas, who own real and personal property located at 12914 Figaro Drive, Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Leslie Golden is an individual and resident of Harris County, Texas, who owns real and personal property located at 7 Woodstone St., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Cynthia Gorham is an individual and resident of Harris County, Texas, who owns real and personal property located at 421 E. Fair Harbor Ln, Houston, TX 77079. Plaintiff

has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Mary Kathleen Grant is an individual and resident of Harris County, Texas, who owns real and personal property located at 201 Vanderpool Ln. #140, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Alyson Griffin is an individual and resident of Harris County, Texas, who owns real and personal property located at 331 Electra Drive, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Garry Guilloud and Nancy Guilloud are individuals and residents of Harris County, Texas, who own real and personal property located at 1110 Tupperlake, Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Kyle F. Haines is an individual and resident of Harris County, Texas, who owns real and personal property located at 754 Langwood Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Seyed Kamal and Nasrin Hakim are individuals and residents of Harris County, Texas, who own real and personal property located at 106 Mignon Ln., Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Brian Haley and Melissa Haley are individuals and residents of Harris County, Texas, who own real and personal property located at 759 Langwood, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Frank Hamtak and Cindy Hamtak are individuals and residents of Harris County, Texas, who own real and personal property located at 10711 Shady River Dr., Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and

the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Eugene Harlacher is an individual and resident of Harris County, Texas, who owns real and personal property located at 600 Wilcrest Dr. #64, Houston, TX 77042. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Donald Hartgrove and Saundra Hartgrove are individuals and residents of Harris County, Texas, who own real and personal property located at 730 Bison Drive, Houston, TX 77079 and 607 White Wing Ln, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Mark Hartman and Phyllis Hartman are individuals and residents of Harris County, Texas, who own real and personal property located at 710 Bison Drive, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Ann E. Harvey is an individual and resident of Harris County, Texas, who owns real and personal property located at 12703 Huntingwick Dr., Houston, TX 77024. Plaintiff has

suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Peter David Healey is an individual and resident of Harris County, Texas, who owns real and personal property located at 777 South Mayde Creek Drive #26, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Todd M. Hendrick is an individual and resident of Harris County, Texas, who owns real and personal property located at 12674 Briar Patch Rd Apt 36, Houston, TX 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Jose Hernandez is an individual and resident of Harris County, Texas, who owns real and personal property located at 738 Bison Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Alan Hewit is an individual and resident of Harris County, Texas, who owns real and personal property located at 456 E. Fair Harbor Lane, Houston, TX 77079. Plaintiff has

suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Joe H. Hickman and Nancy A. Hickman are individuals and residents of Harris County, Texas, who own real and personal property located at 807 Peachwood Bend Dr., Houston, TX 77007. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Cristina Himes and Monica Himes are individuals and residents of Harris County, Texas, who own real and personal property located at 777 S. Mayde Creek Dr. Apt. 146, Houston, TX 77079. Plaintiffs have suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Tran Hoang and Lin Frank are individuals and residents of Harris County, Texas, who own real and personal property located at 12811 Traviata Drive, Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Eugene Holda is an individual and resident of Harris County, Texas, who owns real and personal property located at 703 Bison Drive, Houston, TX 77079. Plaintiff has suffered

damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Gretchen P. Holtsinger is an individual and resident of Harris County, Texas, who owns real and personal property located at 12614 Rip Van Winkle, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Laurent Houy is an individual and resident of Harris County, Texas, who owns real and personal property located at 727 Thistlewood Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Maurine Howard is an individual and resident of Harris County, Texas, who owns real and personal property located at 454 E. Fair Harbor Ln., Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Shuo Huang is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Dr. #13, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Mary Ann Hughes is an individual and resident of Harris County, Texas, who owns real and personal property located at 426 Gretel Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Jeffery Hunter and Diana Hunter are individuals and residents of Harris County, Texas, who own real and personal property located at 12963 Kingsbridge Lane, Houston, TX 77077. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Brian Iversen is an individual and resident of Harris County, Texas, who owns real and personal property located at 814 Ivy Wall Drive, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property;

and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff James Jackson is an individual and resident of Harris County, Texas, who owns real and personal property located at 13123 Indian Creek Rd., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Shafiq Jadallah is an individual and resident of Harris County, Texas, who owns real and personal property located at 1318 Ambergate, Houston TX, 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Kenneth Kainer is an individual and resident of Harris County, Texas, who owns real and personal property located at 707 Bison St., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Oscar Karash and Rena Karash are individuals and residents of Harris County, Texas, who own real and personal property located at 9151 Brair Forest Dr., Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles

and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Stephen G. Kastensmidt and Michelle Bowers are individuals and residents of Harris County, Texas, who own real and personal property located at 12710 Victor Ln., Houston, TX 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Holly Kendall is an individual and resident of Harris County, Texas, who owns real and personal property located at 746 Bison Drive, Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Brett Kennedy and Sonia Yi are individuals and residents of Harris County, Texas, who own real and personal property located at 10815 Riverview Dr., Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Mohammad Khansa is an individual and resident of Harris County, Texas, who owns real and personal property located at 806 Daria Dr., Houston, TX 77079. Plaintiff has

suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs James M. Killough and Gabrielle Killough are individuals and residents of Harris County, Texas, who own real and personal property located at 14834 Oak Bend Drive, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Gene Kim is an individual and resident of Harris County, Texas, who owns real and personal property located at 6 Woodstone St., Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Barbara Joan King is an individual and resident of Harris County, Texas, who owns real and personal property located at 12640 Huntingwick Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Davy Kong is an individual and resident of Harris County, Texas, who owns real and personal property located at 13123 Indian Creek Rd., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Soonhyeok Kook is an individual and resident of Harris County, Texas, who owns real and personal property located at 9073 Brair Forest Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Jan Kramer is an individual and resident of Harris County, Texas, who owns real and personal property located at 1407 Chardonnay Dr., Houston, TX 77077. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Janice S. Kruse is an individual and resident of Harris County, Texas, who owns real and personal property located at 12601 Huntingwick Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property;

and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Andrew Levine and Corinna Levine are individuals and residents of Harris County, Texas, who own real and personal property located at 777 S Mayde Creek Dr. #162, Houston, TX 77079. Plaintiffs have suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff John Latrobe is an individual and resident of Harris County, Texas, who owns real and personal property located at 311 Thicket Ln., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Jeff Lawleyand Sue Lawley are individuals and residents of Harris County, Texas, who own real and personal property located at 14846 Bramblewood, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Don Le and Cindy Le are individuals and residents of Harris County, Texas, who own real and personal property located at 611 Crestbend Dr., Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the

property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Jonathan Joohgun Lee is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. Apt. 10, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Jeongkwan Lee is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. #64, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff A. Ross LeFevre is an individual and resident of Harris County, Texas, who own real and personal property located at 12609 Boheme, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Evan B. Leung is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Drive Unit 806, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and

personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Jiamei Li is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Dr #101, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Wei Li is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Dr. #414, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Frank Lin and Hoang Lin are individuals and residents of Harris County, Texas, who own real and personal property located at 734 Bison Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Genaro Lopez is an individual and resident of Harris County, Texas, who owns real and personal property located at 750 Langwood Drive, Houston, TX 77079. Plaintiff has

suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Paula Lowe is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Dr. #801, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Lawrence Madigan is an individual and resident of Harris County, Texas, who owns real and personal property located at 14710 Bramblewood Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Elaina Marchani is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Dr. Unit 704, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Lorenzo Marquez is an individual and resident of Harris County, Texas, who owns real and personal property located at 210 Mignon, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Selma J. Mathis is an individual and resident of Harris County, Texas, who owns real and personal property located at 12628 Huntingwick Dr., Houston, TX 77024. Plaintiff has suffered damages to (his/her) real and personal property, including personal vehicles and personal effects; damage to (his/her) his physical home, home improvements, and the structures on the property; and decreased market value of (his/her) real property resulting from the Corps' decision to appropriate (his/her) property as a flooding easement.

Plaintiff Brian McCulley is an individual and resident of Harris County, Texas, who owns real and personal property located at 14838 Oak Bend Drive, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs James Mcleanand and Jeanne Mclean are individuals and residents of Harris County, Texas, who own real and personal property located at 11003 Riverview Dr., Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and

the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Michael McManus is an individual and resident of Harris County, Texas, who owns real and personal property located at 12652 Briar Patch Rd., Houston, Tx 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Pat McSpadden is an individual and resident of Harris County, Texas, who owns real and personal property located at 702 Langwood, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Melanie Mechura and Roger Mechura are individuals and residents of Harris County, Texas, who own real and personal property located at 1006 Arrow Hill Road, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiffs Katie Mehnert and Mark Mehnert are individuals and residents of Harris County, Texas, who own real and personal property located at 14907 Oak Bend Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including

personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Michelle Mechling is an individual and resident of Harris County, Texas, who owns real and personal property located at 777 S. Mayde Creek Dr. Apt 36, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Memorial Dr. Townhouse Condominium Association is a homeowners association, formed in Texas and with its principal place of business in Harris County, Texas. Plaintiff has suffered damages to its real property, including decreased market value of their real property, and damage to personal property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Memorial Group LLC. is a limited liability company, formed in Texas and with its principal place of business in Harris County, Texas. Plaintiff has suffered damages to its real property, including decreased market value of their real property, and damage to personal property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Michael Meraji is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. #94, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Marcia Mink and Andre Landon are individuals and residents of Harris County, Texas, who own real and personal property located at 14523 Bramblewood Dr., Houston, TX 77049. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Anita Miller is an individual and resident of Harris County, Texas, who owns real and personal property located at 15200 Memorial Drive #3115, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Cheryl Miller is an individual and resident of Harris County, Texas, who owns real and personal property located at 602 Thistlewood Dr., Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Anne Monty is an individual and resident of Harris County, Texas, who owns real and personal property located at 409 E. Fair Harbor Ln., Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Anjanelle Moore is an individual and resident of Harris County, Texas, who owns real and personal property located at 714 Thistlewood Drive, Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Nader Moussaand and Patricia Moussa are individuals and residents of Harris County, Texas, who own real and personal property located at 310 W. Sam Houston Parkway N., Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Bridgett Nabors is an individual and resident of Harris County, Texas, who owns real and personal property located at 748 Memorial Mews Unit D, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Mark Narro is an individual and resident of Harris County, Texas, who owns real and personal property located at 15105 Kimberly Ct., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Chris Nevling and Jessica Nevling are individuals and residents of Harris County, Texas, who own real and personal property located at 11003 Tupper Lake Dr., Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Dorothy Ng is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. #31, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Steve Nguyen and Chi Nguyen are individuals and residents of Harris County, Texas, who own real and personal property located at 330 Electra Drive, Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Ross Nicholson is an individual and resident of Harris County, Texas, who owns real and personal property located at 403 Lakeside Estates, Houston, TX 77042. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property;

and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Margret Norton is an individual and resident of Harris County, Texas, who owns real and personal property located at 755 Bison Drive, Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Blanca Ortega is an individual and resident of Harris County, Texas, who owns real and personal property located at 457 Bendwood Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Karen Palfreyman is an individual and resident of Harris County, Texas, who owns real and personal property located at 751 Bison, Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Thierry Pareja is an individual and resident of Harris County, Texas, who owns real and personal property located at 446 E Fairharbor Ln., Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal

effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Christopher Scott Parker is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Drive Unit 416, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff John D. Patton is an individual and resident of Harris County, Texas, who owns real and personal property located at 15743 Foxgate Rd., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Sum Pham is an individual and resident of Harris County, Texas, who owns real and personal property located at 12718 Old Oaks Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Phuong Pham is an individual and resident of Harris County, Texas, who owns real and personal property located at 840 North Eldridge Parkway #140, Houston, TX 77064.

Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs John F. Phillips and Celeste Phillips are individuals and residents of Harris County, Texas, who own real and personal property located at 14124 Cardinal Ln, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff George K. Ponnattu is an individual and resident of Harris County, Texas, who owns real and personal property located at 448 E. Fair Harbor Ln., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Thomas Pope is an individual and resident of Harris County, Texas, who owns real and personal property located at 777 S. Mayde Creek Dr. Apt 36, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Rahul Prakash is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Drive #66, Houston, TX 77024. Plaintiff

has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Li Qiang is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Dr. # 38, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Julie A. Rausch is an individual and resident of Harris County, Texas, who owns real and personal property located at 461 Bendwood Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Thomas Richardson is an individual and resident of Harris County, Texas, who owns real and personal property located at 15107 Camelback Court, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Ian Roberts and Cristina Roberts are individuals and residents of Harris County, Texas, who own real and personal property located at 1118 Fleetwood Place Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Kenneth Robertson is an individual and resident of Harris County, Texas, who owns real and personal property located at 12613 Huntingwick Dr., Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Jose A. Rodriguez is an individual and resident of Harris County, Texas, who owns real and personal property located at 15518 Old Store Trail, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Ryan Rush is an individual and resident of Harris County, Texas, who owns real and personal property located at 750 Bison St., Houston, TX 77079; 726 Thistlewood Dr., Houston, TX 77079; 702 Thistlewood Dr., Houston, TX 77079; and 722 Thistlewood Dr., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and

the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Robert Ryan is an individual and resident of Harris County, Texas, who owns real and personal property located at 9757 Pine Lake Drive, Apt. 209, Houston, TX 77055. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Daniel Sack is an individual and resident of Harris County, Texas, who owns real and personal property located at 14306 Kellywood Lane, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Shirley Sanders is an individual and resident of Harris County, Texas, who owns real and personal property located at 12610 Rip Van Winkle Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Steve Schares is an individual and resident of Harris County, Texas, who owns real and personal property located at 12602 Rip Van Winkle, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property;

Case 1:17-cv-01512-SGB   Document 1   Filed 10/13/17   Page 51 of 70

and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Janet C. Schmidt is an individual and resident of Harris County, Texas, who owns real and personal property located at 777 S. Mayde Creek Dr. Apt 255, Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Robert Schmitt and Nancy Schmitt are individuals and residents of Harris County, Texas, who own real and personal property located at 15571 Memorial Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Marian Schreiber is an individual and resident of Harris County, Texas, who owns real and personal property located at 12704 Huntingwick Dr., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Colleen Scott is an individual and resident of Harris County, Texas, who owns real and personal property located at 612 N Eldridge Pkwy., Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property;

and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Bal Sharma and Kamna Sharma are individuals and residents of Harris County, Texas, who own real and personal property located at 719 Marywood Chase, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Mohammad Ali Shenavari is an individual and resident of Harris County, Texas, who owns real and personal property located at 331 Isolde, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Yu Shi is an individual and resident of Harris County, Texas, who owns real and personal property located at 1010 Crossroads Dr., Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Yan Jun Shiu is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Drive Unit 806, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and

personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Siberia Houston LNA LLC. is a limited liability company, formed in Texas and with its principal place of business in Harris County, Texas. Plaintiff has suffered damages to its real property, including decreased market value of their real property, and damage to personal property, resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Christopher Dewitt Sims o/b/o George Edgar Sims is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Drive, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Ann Sinclair is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. #63, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Elizabeth M. Skirving is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. #65, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the

property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff James Skrapka and Andrea Skrapka are individuals and residents of Harris County, Texas, who own real and personal property located at 11002 Lakeside Forest Ln., Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Kathleen Stevens is an individual and resident of Harris County, Texas, who owns real and personal property located at 10714 Cranbrook Rd., Houston, TX 77042. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Joan Sturrock and Clay Sturrock are individuals and residents of Harris County, Texas, who own real and personal property located at 600 Wilcrest DR. #69, Houston, TX 77042. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Chungwon Suk is an individual and resident of Harris County, Texas, who owns real and personal property located at 935 N. Wilcrest Apt. 1013, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal

effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Ying Sun and Keng Tai are individuals and residents of Harris County, Texas, who own real and personal property located at 201 Vanderpool Ln # 126, Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Kelli Mcdonald Sydow is an individual and resident of Harris County, Texas, who owns real and personal property located at 201 Vanderpool Ln #43, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs John Szallai and Veronica Szallai are individuals and residents of Harris County, Texas, who own real and personal property located at 14835 Oak Bend Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Daniel Bender Tallant is an individual and resident of Harris County, Texas, who owns real and personal property located at 723 Thistlewood Dr, Houston, TX 77079.

Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs David Tang and Kathryn Tang are individuals and residents of Harris County, Texas, who own real and personal property located at 14818 Bramblewood, Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Douglas Tasker is an individual and resident of Harris County, Texas, who owns real and personal property located at 415 E. Fair Harbor Ln., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Diane Tate is an individual and resident of Harris County, Texas, who owns real and personal property located at 452 Fair Harbor Ln., Houston, TX 77079. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Abulfazi Tehrani is an individual and resident of Harris County, Texas, who owns real and personal property located at 15123 Memorial Dr., Houston, TX 77079. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Amadou Thiam is an individual and resident of Harris County, Texas, who owns real and personal property located at 301 Wilcrest Dr. #3001, Houston, TX 77042. Plaintiff has suffered damages to personal property, including personal vehicles and personal effects and damage to improvements made to real property, resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiffs Jean-Marc Pietrzyk and Frederique Terk are individuals and residents of Harris County, Texas, who own real and personal property located at 15815 River Roads Dr., Houston, TX 77079. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Dennis Thompson is an individual and resident of Harris County, Texas, who owns real and personal property located at 12 Knipp Road, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Guangyi Tian is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Dr. #42, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Thomas William Tommaney is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Drive No. 5, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Tuan Tran is an individual and resident of Harris County, Texas, who owns real and personal property located at 12207 Drakemill Dr., Houston, TX 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Xiaozhen Tu is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Dr. #74, Houston, TX 77024 and 12633 Memorial Dr. #180, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home

improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Susan Van-Averbeke is an individual and resident of Harris County, Texas, who owns real and personal property located at 12737 Huntingwick, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Peter M. Viles is an individual and resident of Harris County, Texas, who owns real and personal property located at 723 Last Arrow Drive, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Jack Walker is an individual and resident of Harris County, Texas, who owns real and personal property located at 12034 Riverview Dr., Houston, TX 77077. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Feng Wan is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. #4, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal

effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Jie Wang is an individual and resident of Harris County, Texas, who owns real and personal property located at 120 Gessner Road, Houston, TX 77024 and 201 Vanderpool Ln.#3, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Katherine Wenner is an individual and resident of Harris County, Texas, who owns real and personal property located at 12625 Memorial Dr. #52, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Peter C. White is an individual and resident of Harris County, Texas, who owns real and personal property located at 1014 Crossroads Drive, Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Susie White is an individual and resident of Harris County, Texas, who owns real and personal property located at 335 Electra Dr., Houston, TX 77024. Plaintiff has suffered

damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Lijuan Wu is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Dr. #103, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Han Xiong is an individual and resident of Harris County, Texas, who owns real and personal property located at 124 Gessner Rd., Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff Ni Yan is an individual and resident of Harris County, Texas, who owns real and personal property located at 55 Litchfiled Ln., Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiffs Samuel Yanklelove and Dale Yankelove are individuals and residents of Harris County, Texas, who own real and personal property located at 12600 Boheme Dr., Houston, TX 77024. Plaintiffs have suffered damages to their real and personal property, including personal vehicles and personal effects; damage to their physical home, home improvements, and the structures on the property; and decreased market value of their real property resulting from the Corps' decision to appropriate their property as a flooding easement.

Plaintiff Gunwoo Yook is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme Dr. #602, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Marilyn Young is an individual and resident of Harris County, Texas, who owns real and personal property located at 12707 Boheme #709, Houston, TX 77024. Plaintiff has suffered damages to her real and personal property, including personal vehicles and personal effects; damage to her physical home, home improvements, and the structures on the property; and decreased market value of her real property resulting from the Corps' decision to appropriate her property as a flooding easement.

Plaintiff Chung L. Yu is an individual and resident of Harris County, Texas, who owns real and personal property located at 12633 Memorial Drive No. 68, Houston, TX 77024. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the

property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Plaintiff James Zapata is an individual and resident of Harris County, Texas, who owns real and personal property located at 15103 Camelback Ct., Houston, TX 77079. Plaintiff has suffered damages to his real and personal property, including personal vehicles and personal effects; damage to his physical home, home improvements, and the structures on the property; and decreased market value of his real property resulting from the Corps' decision to appropriate his property as a flooding easement.

Defendant is the United States of America, including the U.S. Army Corps of Engineers, and any federal, state or local agency working under the auspices of the federal government, all of whom may be serviced through the National Courts Section, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, D.C. 20530, telephone: (202) 514-7300.

## II.    STATEMENT OF JURISDICTION

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1491(a)(1) as this action seeks monetary compensation from the United States, pursuant to the Fifth Amendment to the U.S. Constitution, for its taking of Plaintiffs' private properties for public use, without just compensation. Plaintiffs each seek just compensation in excess of $10,000.00.

## III.   PREVIOUS LAWSUITS

Plaintiffs have not filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action.

This Court has not certified any class action. A class action of this type of case is inappropriate.

## IV.    FACTS COMMON TO ALL CLAIMS ASSERTED

### A.    Harvey Makes Landfall

On August 25, 2017, Hurricane Harvey ("Harvey"), made landfall on the Texas Gulf Coast, bringing torrential rain which resulted in extensive flooding to the Houston, Texas area.

Over a four-day period, parts of Southeast Texas (including Houston) received over forty inches of rain and experienced catastrophic flooding that submerged thousands of homes.

However, despite Harvey's magnitude, Plaintiffs' property did not experience flooding during this time.

### B.    The Addicks and Barker Reservoir Systems

The Addicks and Barker Reservoirs are part of a flood control system on the west side of Houston, Texas.

The reservoirs' dams are owned and operated by the U.S. Army Corps of Engineers ("the Corps") and were designed specifically to protect downtown Houston from catastrophic flooding, after a major flood inundated the City of Houston in 1935.

The reservoirs' dams protect Houston from floods by controlling the flow of water in the Buffalo Bayou, which is the largest waterway running through the City of Houston.

The reservoirs function as "dry reservoirs," meaning the dams stay open and water is allowed to flow freely until the area receives heavy rainfall. Once the dam systems' flood gauges reach certain levels, the dams' floodgates close and they begin to fill to prevent the flow of uncontrollable water into Buffalo Bayou.

When Harvey arrived into the Houston area, the Addicks and Barker reservoirs and dam systems were in the middle of a $75 million renovation.

### C.    The Corps Decides to Release Water from Reservoirs and Cause Flooding

On August 28, 2017, at some point between midnight and 2:00 a.m., the Corps began releasing water from both the Addicks and Barker reservoir systems and announced that thousands of properties would certainly experience flooding as a result of the release, with thousand more possible.  The Corps knew its decision would cause flooding to neighborhoods along and near the Buffalo Bayou, which included Plaintiffs' homes and property.

As both reservoir gates opened and released storm water into Buffalo Bayou, neighborhoods, buildings, homes, offices, and roadways that were not otherwise flooded from Harvey—including Plaintiffs' properties—became inundated with water.  The incoming water continued to rise throughout the night and over the course of the next several days.  Because of the rapid progression of the rising water, many people did not have time to pack up or salvage any belongings.   Ultimately, many had to be rescued by boat, taking along nothing but the clothes on their backs.

The Federal Emergency Management Agency ("FEMA") recommended that property owners immediately document flood damage and then identify what can be saved and what cannot.  FEMA also recommended that homeowners immediately strip homes of all furnishings and other items impacted by water, to rip up carpet, to remove the first four feet of drywall and insulation on the ground level and, if the water rose above four feet, to rip entire walls out.

Importantly, the Center for Disease Control ("CDC"), together with FEMA, the Environmental Protection Agency, the U.S. Department of Housing and Urban Development, and the National Institutes of Health, specifically recommend that flooded homes be completely dried out within 24 to 48 hours of water exposure in an effort to prevent hazardous mold growth.

The CDC also reported that "buildings wet for more than 48 hours will generally support visible and extensive mold growth and should be remediated, and excessive exposure to mold contaminated materials can cause adverse health effects in susceptible persons regardless of the type of mold or the extent of contamination."

After August 28, 2017, the Corps continued to release water from the dams over the next several days and the waters continued to rise. Mandatory evacuation orders were ultimately issued, and properties remained underwater for several weeks to come.

Because of how the Corps released water from both Addicks and Barker during Harvey, Plaintiffs' properties, which otherwise would not have flooded, suffered catastrophic flooding and water damage. The Corps knew that Plaintiffs' properties would be flooded, but opened the dams in order to protect the "public good."

**D.    Plaintiffs' Experiences**

When Harvey first hit the Houston area, Plaintiffs' properties did not experience any flooding from Harvey rainfall.

Unfortunately, on August 28, 2017, in the middle of the night, the Corps decided to release massive amounts of water from Addicks and Barker reservoirs, causing massive flooding of Plaintiffs' homes and property. The Corps knew that the Plaintiffs' properties would flood, and even contacted Centerpoint Energy to cut off Plaintiffs' power prior to the flooding. Because the releases in the dark of night, many of the property owners had no advance notice that water was going to be released from the reservoirs and were completely caught off guard when they awoke to water rising at a dangerous rate of speed inside their homes.

On August 28, 2017, water released from the reservoirs began entering the inside of Plaintiffs' homes properties and continued to rise.   Plaintiffs, their families, and neighbors were

forced to evacuate as soon as possible or else stay and risk dangerous rising water levels with high amounts of sewage, bacteria, and contamination.

Ultimately, the water rose to several feet inside each of Plaintiffs' properties. After the initial flooding, the properties remained flooded because of the continued releases by the Corps. The floodwaters sat idle and did not recede for over a week. In fact, the contaminated waters remained inside of Plaintiffs' homes and Plaintiffs were unable to access their properties or retrieve any personal belongings—or what was left of them—until several days afterwards.

Plaintiffs' properties are in a demolished state and are uninhabitable. Many of Plaintiffs' personal effects were completely destroyed and can never be recovered. With respect to the physical structures and land, Plaintiffs must endure the anguish and costs of demolition, remediation, and rebuilding before they can live or use their properties again. Even after Plaintiffs' real properties are restored or rebuilt, the continued and long-term effects of mold, deterioration, and rot due to the unprecedented amount of time that floodwaters sat inside Plaintiffs' properties remain unknown.

## V. **CAUSE OF ACTION 1: <u>Violation of the Takings Clause</u>**

Plaintiffs repeat the allegations of the preceding paragraphs as if fully set forth herein.

The Fifth Amendment to the United States Constitution prohibits the Government from taking private property for public use without just compensation.

Plaintiffs have a legally-protectable private property interest in their real and/or personal property.

Plaintiffs had distinct, reasonable, and investment-backed expectations that their properties would only be subject to flooding in line with historical flooding patterns established over the decades.

Plaintiffs' private properties would not have otherwise flooded but for the Corps' decision to discharge water from the Addicks and Barker reservoirs.

The Corps' decision to discharge water from the Addicks and Barker reservoirs was for public use. The Corps, a governmental entity, knew or was substantially certain when it opened the flood gates that the Plaintiffs' properties would flood, and that, but for such action, Plaintiffs' properties would not have flooded.

The Corps' conduct constitutes a taking of Plaintiffs' properties because, from August 28, 2017, and continuing for days or weeks, water continued to be released from the reservoirs and Plaintiffs were unable to return to their homes, experienced substantial damage to their personal and real property, and Plaintiffs were and will be deprived of the use, occupancy, and enjoyment of their property.

As a direct result of the Corps' decision to discharge water from the Addicks and Barker reservoirs on August 28, 2017, Plaintiffs' private properties were flooded on and after August 28, 2017, which caused substantial damage to Plaintiffs' properties, including, but not limited to the following which must be justly compensated:

1. Physical damage and cost to repair or replace real property, home improvements, fixtures, structures, vehicles, personal effects, and more;

2. Diminution in the fair market value of the underlying land of Plaintiffs' properties, including the decreased market value to the real estate;

3. Compensation for the deprivation of the use, occupancy, and enjoyment of their private properties, both real and personal, as deemed just and fair by the Court;

4. Compensation for specific and extensive mold remediation, as appropriate under the circumstances, to prevent additional structural damage to the properties and/or resulting health hazards to those who live at the properties; and

5. Interest from August 28, 2017, through the time of payment.

Plaintiffs have not been compensated for temporary or permanent taking of their homes and other private property by the Corps.

The Fifth Amendment is intended to prevent the government from burdening individuals, such as Plaintiffs, with the costs of furthering public interest.

All losses sustained by Plaintiffs were reasonably foreseeable by the Government.

All conditions precedent to Plaintiffs' claims for relief have been performed and/or occurred.

Therefore, on Plaintiffs seek just compensation for the temporary and permanent takings of their real and personal property in an amount to be determined at trial.

Further, Plaintiffs are also entitled to recover reasonable costs, disbursements, and expenses, including reasonable attorney, appraisal, and engineering fees, actually incurred in this proceeding pursuant to 42 U.S.C § 4652, and Rule 54 of the Rules of the United States Court of Federal Claims.

## **PRAYER**

Wherefore, Plaintiffs respectfully request that this Court enter an order:

1.   Declaring that Defendant's actions, as set out above, constitute a taking under the Fifth Amendment to the United States Constitution;

2.   Awarding just compensation in an amount as outlined above or to be determined at trial;

3.   Awarding Plaintiffs their reasonable litigation expenses and attorneys' fees;

4.   Awarding Plaintiffs pre- and post-judgment interest, to the extent allowable; and

5.   Awarding such other and further relief as justice and equity requires.

Respectfully submitted,

THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
 Anthony G. Buzbee
 Attorney in Charge
 Texas Bar No. 24001820
 tbuzbee@txattorneys.com
 Peter K. Taaffe
 Texas Bar No. 24003029
 ptaaffe@txattorneys.com
 Christopher J. Leavitt
 Texas Bar No. 24053318
 cleavitt@txattorneys.com
 JP Morgan Chase Tower
 600 Travis, Suite 7300
 Houston, TX 77002
 Telephone: (713) 223-5393
 Facsimile: (713) 223-5909

**ATTORNEYS FOR PLAINTIFFS**